## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wells Fargo Bank, N.A.,                  Civil No. 12-2047 (RHK/LIB)

        Plaintiff,                **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

vs.

John A. Workman, Jr., et al.,

        Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 22, 2012

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge